IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANSHUNIK JONES a/k/a ANSHUNIK V. JONES a/k/a ANSHUNIK VONSHA JONES, SHELBY COUNTY DEPARTMENT OF HOUSING, and UNITED STATES OF AMERICA on behalf of the SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) ) )   Case No. 2:25-cv-02102-JPM-atc |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff PennyMac Loan Services, LLC ("PennyMac") filed its Complaint in this Court on January 31, 2025. (ECF No. 1.) After correcting a deficiency to the summons request, (see ECF Nos. 4, 8), summons as to Defendants were issued. (See ECF Nos. 9, 10.) No waiver or proof of service was filed.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). On May 13, 2025, the Court ordered the Plaintiff to show cause why the Court should not dismiss this case without prejudice for failure to timely serve Defendants. (See ECF No. 11.) Plaintiff failed to show cause or otherwise respond.

Accordingly, the instant action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 20th day of May, 2025.

                                                */s/ Jon P. McCalla*
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE